## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Tiana M. Rossman,

    Plaintiff,

        v.                                     Case No.  1:11cv508

Commissioner of Social Security,            Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 20, 2012 (Doc. 15).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation (Doc. 15) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  The decision by the Commissioner is **REVERSED** and **REMANDED** fur further proceeding pursuant to Sentence Four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

                                    *S/Michael R. Barrett*
                                    Michael R. Barrett
                                    United States District Judge